UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DONALD F. TAYLOR** | ) |
| | ) |
| vs. | ) Civil Action No. 3:10-0795 |
| | ) Judge Trauger/Knowles |
| **WHITEVILLE CORRECTIONAL** | ) |
| **FACILITY** | ) |

**O R D E R**

Pursuant to the Order of Judge Trauger entered on the docket on August 26, 2010 (Docket Entry No. 8), this matter was referred to the undersigned for "case management, decision on all pretrial, nondispositive motions and report and recommendation on all dispositive motions under 28 U.S.C. § 636(b)(1)(A) and (B) and to conduct any necessary proceedings under Rule 72(b), Fed.R.Civ.P.". The filing fee was paid on August 25, 2010, and Miscellaneous Case No. 3:10mc101 was converted to Civil Case No. 3:10-0795. Upon payment of the filing fee, the Plaintiff is responsible for service of process upon the defendant.

The Clerk is directed to send blank summons forms to the Plaintiff for each Defendant named in this action. The Plaintiff shall complete the summonses and return them to the Clerk's Office within twenty (20) days of the receipt of this Order. The Clerk's Office will issue the summons forms and return them to the Plaintiff for service of process. The Plaintiff is forewarned that failure to return the completed summons forms

within the time required and failure to keep the Court updated on his current address could jeopardize his prosecution of this action.

Upon completion of service of process, an appropriate scheduling order will be entered for the progression of this case.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge