UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONDALD F. TAYLOR ] | |
|     Plaintiff, ] | |
| ] | |
| v. ] | No. 3:10-0795 |
| ] | Judge Trauger |
| WHITEVILLE CORRECTIONAL ] | |
| FACILITY ] | |
|     Defendant. ] | |

### O R D E R

The plaintiff, proceeding *pro se*, is an inmate at the Whiteville Correctional Facility in Whiteville, Tennessee. He has filed a Motion (Docket Entry No.1) asking the Court to order his transfer to another penal facility where he can receive better medical care.

The plaintiff has no federally protected right to placement in the correctional facility of his choice. Olim v. Wakinekona, 461 U.S. 238, 245 (1983). Moreover, the plaintiff has acknowledged that he is receiving some medical attention at his present place of confinement. In short, the plaintiff has failed to show a compelling reason why this Court should order the Tennessee Department of Correction to transfer him to another prison. For these reasons, the plaintiff's Motion has no merit and is hereby DENIED. 28 U.S.C. § 1915A.

An appeal of the judgment rendered herein would not be taken

in good faith. <u>Coppedge v. United States</u>, 369 U.S. 438, 445-446 (1962). Therefore, the plaintiff is NOT certified to pursue an appeal of this judgment in forma pauperis. 28 U.S.C. § 1915(a)(3).[1]

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge

---

[1] The plaintiff has paid the filing fee. *See* Docket Entry No.5. Therefore, an assessment of the filing fee is unnecessary.